1  Jefferson T. Collins, Bar #016428
   JONES, SKELTON & HOCHULI, P.L.C.
2  40 North Central Avenue, Suite 2700
   Phoenix, Arizona  85004
3  Telephone:  (602) 263-1700
   Fax:  (602) 200-7825
4  jcollins@jshfirm.com

5  Attorneys for Defendant Home Depot U.S.A., Inc.
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Richard L. Hewitt, individually, | NO. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| Home Depot U.S.A., Inc., a foreign corporation d/b/a The Home Depot, a business entity; John and Jane Does 1-10; ABC Corporations 1-10; and Black and White Entities 1-10, | |
| Defendants. | |

Defendant Home Depot USA, Inc., by and through undersigned counsel, files this Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

1. On or about August 21, 2020, this action was commenced against Defendants in the Superior Court of the State of Arizona, in and for the County of Maricopa under the caption *Richard L. Hewitt v. Home Depot, USA, Inc., et al.,* Cause No. CV2020-010133. Copies of the initial pleadings filed in the State Court action are attached hereto as Exhibit A. Defendant was served by process on August 24, 2020.

2. Defendant Home Depot U.S.A., Inc. is a foreign corporation (Delaware) with its principal place of business in Atlanta, Georgia. According to the Complaint, Plaintiff is a resident and citizen of Maricopa County,

8835408.1

1  Arizona.

2        3. This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. The basis for the removal of this action is based on Plaintiff's counsel's indication in a September 11, 2020 email to Sedgwick Claims Management Services, Inc. that Plaintiff's medical expenses are "approximately 92-93k." Based upon this information, the amount in controversy exceeds the jurisdictional limits for diversity jurisdiction. Therefore, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq.

      4. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Navajo.

      5. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit B.

      WHEREFORE, Defendant Home Depot U.S.A., Inc. respectfully requests that this action be removed to this Court.

      DATED this 13th day of October 2020.

      JONES, SKELTON & HOCHULI, P.L.C.


      By /s/ Jefferson T. Collins
          Jefferson T. Collins
          40 North Central Avenue, Suite 2700
          Phoenix, Arizona  85004
          Attorneys for Defendant Home Depot U.S.A., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Kathy Kleinschmidt