# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** Richard L. Hewitt

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant(s):** Home Depot U.S.A., Inc.

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Clifford L. Frisbie**
Kelly Law Team, PLLC
One E. Washington, Suite 1520
Phoenix, Arizona  85004
602-283-4122

**John E. Kelly**
Kelly Law Team, PLLC
One E. Washington, Suite 1520
Phoe, Arizona  85004
602-283-4122

Defendant's Atty(s):

**Jefferson T. Collins**
Jones, Skelton & Hochuli
40 N. Central, #2700
Phoenix, Arizona  85004
602-263-1700

**Jefferson T. Collins**
Jones, Skelton & Hochuli
40 N. Central, #2700
Phoenix, Arizona  85004
602-263-1700

---

II. Basis of Jurisdiction: **4. Diversity (complete item III)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**

Defendant:- **5 Non AZ corp and Principal place of Business outside AZ**

IV. Origin : **1. Original Proceeding**

**360 Other Personal Injury**

V. Nature of Suit:

VI. Cause of Action:         **28 U.S.C. Section 1441**

VII. Requested in Complaint
              Class Action: **No**
              Dollar Demand:
              Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

**Signature:** /s/ Jefferson T. Collins

    **Date:** 10/13/20

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**