# EXHIBIT A

```
1  KELLY LAW TEAM, PLLC
   Clifford L. Frisbie (028624)
2  John E. Kelly (024716)
   One East Washington Street, Suite 1520
3  Phoenix, Arizona 85004
   Telephone: (602) 283-4122
4  Facsimile: (602) 281-6885
   cfrisbie@klawteam.com
5  john@klawteam.com
   Attorneys for Plaintiff
6
```

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| RICHARD L. HEWITT individually,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC. a foreign corporation d/b/a THE HOME DEPOT, a business entity, JOHN and JANE DOES 1-10; ABC CORPORATIONS 1-10; and BLACK and WHITE ENTITIES 1-10,<br><br>Defendants. | Case No. CV2020-010133<br><br>**SUMMONS**<br><br>If you would like legal advice from a lawyer, contact the Lawyer Referral Service at 602-257-4434<br>or<br>www.maricopalawyers.org<br>Sponsored by the<br>Maricopa County Bar Association |

**THE STATE OF ARIZONA TO THE DEFENDANT:**

<u>**HOME DEPOT U.S.A., INC.**</u> **d/b/a/ THE HOME DEPOT**
c/o Corporation Service Company
8825 N 23rd Avenue, Suite 10
Phoenix, AZ 85021

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this court. If served within Arizona, you must appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona, whether by direct service, by registered or certified mail, or by publication, you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's

attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until the expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of receipt by the party being served. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz. R. Civ. P. 4, 4.1, 4.2 and 12(a).

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the plaintiff's attorney. Ariz. R. Civ. P. 5, 10; A.R.S. § 12-311.

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court proceeding. Ariz. R. Civ. P. 4(b).

Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

The name and address of plaintiff's attorneys is:

**KELLY LAW TEAM, PLLC**
John E. Kelly
Clifford L. Frisbie
1 East Washington Street, Suite 1520
Phoenix, Arizona 85004

**SIGNED AND SEALED** this date: _____

MARICOPA COUNTY SUPERIOR COURT

**COPY**

By _____
Deputy Clerk    AUG 2 1 2020

CLERK OF THE SUPERIOR COURT
F. FOWLER
DEPUTY CLERK





**COPY**

AUG 2 1 2020

CLERK OF THE SUPERIOR COURT
F. FOWLER
DEPUTY CLERK

1  **KELLY LAW TEAM, PLLC**
   Clifford L. Frisbie (028624)
2  John E. Kelly (024716)
   One East Washington Street, Suite 1520
3  Phoenix, Arizona 85004
   Telephone: (602) 283-4122
4  Facsimile: (602) 281-6885
   cfrisbie@klawteam.com
5  john@klawteam.com
   *Attorneys for Plaintiff*
6

7  **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8  **IN AND FOR THE COUNTY OF MARICOPA**

9  RICHARD L. HEWITT individually,         Case No. CV2020-010133

10          Plaintiff,

11                                          **COMPLAINT AND DEMAND**
                                            **FOR JURY TRIAL**
12 v.

13 HOME DEPOT U.S.A., INC. a foreign
   corporation d/b/a THE HOME DEPOT, a
14 business entity, JOHN and JANE DOES 1-   **(Tort – Non-Motor Vehicle)**
   10; ABC CORPORATIONS 1-10; and
15 BLACK and WHITE ENTITIES 1-10,
                                            **ARCP 26.2 Discovery Tier Designation**
16          Defendants.
                                            **TIER 2**
17

18
           Plaintiff Richard L. Hewitt, by and through his attorney, hereby complains against
19
   Defendants and alleges as follows:
20
                                        **PARTIES**
21
       1.      Plaintiff Richard L. Hewitt is, and at all times relevant was, a resident of
22
   Maricopa County, Arizona.
23
       2.      Upon information and belief, Defendant Home Depot U.S.A., Inc. is, and at
24
   all times relevant was, a foreign corporation d/b/a The Home Depot, a business entity
25
   lawfully licensed to conduct business in Arizona.
26

3.   JOHN and JANE DOES 1 through 10 are certain unknown individuals who through their own actions or inactions have caused or assisted others in causing the incidents and resulting harm set forth below. The identity of these individuals has not yet been ascertained but they are known by Defendants. Plaintiff will amend his complaint to allege the true names and capacities of the various Doe Defendants when they are learned.

4.   ABC CORPORATIONS 1 through 10 are certain unknown corporations who through their own actions or inactions have caused or assisted others in causing the incidents and resulting harm set forth below. The identity of these corporations has not yet been ascertained but they are known by Defendants. Plaintiff will amend his complaint to allege the true names and capacities of the various ABC Corporations when they are learned.

5.   BLACK AND WHITE ENTITIES 1 through 10 are certain unknown business entities who through their own actions or inactions have caused or assisted others in causing the incidents and resulting harm set forth below. The identity of these entities has not yet been ascertained but they are known by Defendants. Plaintiff will amend his complaint to allege the true names and capacities of the various Entities when they are learned.

### JURISDICTION AND VENUE

6.   This action arises from events that occurred in Maricopa County, Arizona.

7.   All Defendants reside or conduct business and/or have offices in Maricopa County, Arizona.

8.   The amount in controversy herein exceeds this Court's minimal jurisdictional amount, and this Court has jurisdiction pursuant to A.R.S. § 12-123.

9.   Venue is proper in this Court pursuant to A.R.S. § 12-401.

### GENERAL FACTUAL ALLEGATIONS

10.   Upon information and belief, Defendant Home Depot, U.S.A., Inc. d/b/a The Home Depot ("Home Depot") was a retail store located at or near 1489 N Dysart Avenue, Avondale, Arizona 85323.

11.   Defendant Home Depot operated as a retail store and had a duty to ensure its premises were safe and free of dangerous conditions.

12. On or about September 2, 2018, Plaintiff Richard L. Hewitt was lawfully present on Defendant Home Depot's premises as a business invitee.

13. At said time and place, Plaintiff Richard L. Hewitt entered Home Depot through the Garden Center entranceway.

14. At said time and place, there was standing water on the floor of Home Depot's Garden Center entranceway.

15. At said time and place, the standing water at the Home Depot Garden Center entranceway constituted a dangerous condition.

16. At said time and place, Home Depot did not correct and/or warn of the standing water at their Garden Center entranceway.

17. At said time and place, Plaintiff Richard L. Hewitt slipped on the standing water at the Garden Center entranceway and fell to the concrete floor.

18. At said time and place, Defendant Home Depot carelessly, recklessly and negligently maintained the Garden Center entranceway by failing to remove the standing water or place any warnings or markers regarding same.

## COUNT ONE – NEGLIGENCE

19. Paragraphs 1-18 of this Complaint are incorporated by reference as though set forth fully herein.

20. Defendant Home Depot owed a duty to business invitees to discover, correct and/or warn of hazards which Home Depot should reasonably foresee will endanger a business invitee.

21. Defendant Home Depot breached their duty to discover, correct and/or warn of hazards which would reasonably endanger a business invitee.

22. Defendant Home Depot owed a duty to business invitees to provide a reasonably safe means of entering and leaving its property.

23. Defendant Home Depot breached their duty to business invitees to provide a reasonably safe means of entering and leaving its property.

24. Defendant Home Depot owed a duty to business invitees to conduct a reasonable inspection to discover and remedy any dangerous conditions on its property.

25. Defendant Home Depot breached its duty to business invitees to conduct a reasonable inspection to discover and remedy any dangerous conditions on its property.

26. Defendant Home Depot created an unsafe and dangerous condition on its property by allowing standing water in the Garden Center entranceway, without placing any warnings or markers regarding same.

27. The standing water in the entranceway of Defendant Home Depot's Garden Center existed for such a period of time that Defendant Home Depot, or its employees, in the exercise of reasonable care, should have known of it.

28. Defendant Home Depot failed to use reasonable care to prevent harm to business invitees under the circumstances.

29. Defendant Home Depot had actual knowledge of the dangerous condition on its property.

30. Defendant Home Depot had constructive knowledge of the dangerous condition on its property.

31. Defendant Home Depot had a duty to sufficiently warn business invitees of the dangerous condition, such that business invitees could make an informed decision to protect themselves.

32. Defendant Home Depot breached their duty to sufficiently warn business invitees of the dangerous condition, such that business invitees could make an informed decision to protect themselves.

33. As a direct and proximate cause of Defendant Home Depot's negligence, Plaintiff Richard L. Hewitt suffered injury, discomfort and pain, incurred medical expenses, and endured loss of enjoyment of life in an amount to be proven at trial.

**JURY TRIAL DEMANDED**

34. Plaintiff hereby demands a trial by jury in this matter.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff prays for judgment against the Defendants as follows:

A. For an award of damages on Plaintiff's claims as set forth above;

B. For compensatory, general and special damages against Defendants in an amount to be proven at trial;

C. For pre-and post-judgment interest to the extent provided by law;

D. For reasonable costs, pursuant to A.R.S. § 12-341 and other applicable authority; and

E. For such other relief as this Court may deem proper.

DATED this 21st day of August, 2020.

KELLY LAW TEAM, PLLC

By: _____
Clifford L. Frisbie
John E. Kelly
1 East Washington Street, Suite 1520
Phoenix, Arizona 85004
*Attorneys for Plaintiff*

-5-



AUG 21 2020

CLERK OF THE SUPERIOR COURT
F. FOWLER
DEPUTY CLERK

KELLY LAW TEAM, PLLC
Clifford L. Frisbie (028624)
John E. Kelly (024716)
One East Washington Street, Suite 1520
Phoenix, Arizona 85004
Telephone: (602) 283-4122
Facsimile: (602) 281-6885
cfrisbie@klawteam.com
john@klawteam.com
*Attorneys for Plaintiff*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| RICHARD L. HEWITT individually, | Case No. CV2020-010133 |
| Plaintiff, | |
| v. | **CERTIFICATE REGARDING COMPULSORY ARBITRATION** |
| HOME DEPOT U.S.A., INC. a foreign corporation d/b/a THE HOME DEPOT, a business entity, JOHN and JANE DOES 1-10; ABC CORPORATIONS 1-10; and BLACK and WHITE ENTITIES 1-10, | |
| Defendants. | |

Pursuant to Ariz. R. Civ. P. 72, the undersigned certifies that he knows the dollar limits and any other limitations set forth by the local rules of practice for the Maricopa County Superior Court, and further certifies that this action **IS NOT** subject to compulsory arbitration, as provided in Rules 72 through 77 of the Arizona Rules of Civil Procedure.

///

**DATED** this 21st day of August, 2020.

KELLY LAW TEAM, PLLC

By: _____
Clifford L. Frisbie
John E. Kelly
1 East Washington Street, Suite 1520
Phoenix, Arizona 85004
*Attorneys for Plaintiff*

-2-

```
                                              CLERK OF THE
                                             SUPERIOR COURT
                                              RECEIVED CCB #1
                                            DOCUMENT DEPOSITORY

                                            2020 AUG 25 PM 1: 50
```

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

FILED
BY S. TAVARES, DEP

| Richard L. Hewitt individually<br>v.<br>Home Depot U.S.A., Inc., a foreign corporation d/b/a The Home Depot, a business entity; John and Jane Does 1-10; ABC Corporations 1-10; and Black and White Entities 1-10 | CASE NO. CV2020-010133<br><br>AFFIDAVIT OF SERVICE OF PROCESS |
|---|---|

I, THE Affiant, certify under penalty of perjury that I am fully qualified to serve process in this case, having been so appointed by the Court that I have received and served the following documents in the manner set forth below.

On August 24th 2020 I received from Kelly Law Team, PLLC a Summons; Complaint and Demand for Jury Trial; Certificate Regarding Compulsory Arbitration to be served upon Home Depot U.S.A., Inc., d/b/a The Home Depot c/o Corporation Service Company at 8825 N. 23rd Ave. #100, Phoenix, AZ 85021.

On August 24th 2020 at 11:00 am, I personally hand-delivered said documents to Brooklyn Vandeventer (Service of Process Coordinator) a person authorized to accept service on behalf of Home Depot U.S.A., Inc., d/b/a The Home Depot at Corporation Service Company at 8825 N. 23rd Ave. #100, Phoenix, AZ 85021.

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 24th day of August, 2020

_____
Affiant: John Root – Central Courier
Certified: Maricopa County

# EXHIBIT B

Jefferson T. Collins, Bar #016428
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7346
Fax: (602) 200-7825
jcollins@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant Home Depot U.S.A., Inc.

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| RICHARD L. HEWITT, individually,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation d/b/a THE HOME DEPOT, a business entity; JOHN and JANE DOES 1-10; ABC CORPORATIONS 1-10; and BLACK and WHITE ENTITIES 1-10,<br><br>Defendants. | NO. CV2020-010133<br><br>**NOTICE OF FILING NOTICE OF REMOVAL** |

Defendant Home Depot USA, Inc., by and through undersigned counsel, pursuant to 28 U.S.C. § 1441, et seq. notify this Court that it has filed a Notice of Removal of this action to the United States District Court the for District of Arizona. A copy of the Notice of Removal (exclusive of exhibits) is attached as Exhibit A.

. . .

. . .

8835507.1

1      DATED this 13th day of October 2020.

2                            JONES, SKELTON & HOCHULI, P.L.C.

4                 By /s/ Jefferson T. Collins
                          Jefferson T. Collins
5                          40 North Central Avenue, Suite 2700
                          Phoenix, Arizona  85004
6                          Attorneys for Defendant Home Depot U.S.A., Inc.

8  ORIGINAL of the foregoing electronically filed this 13th day of October 2020.

9  COPY of the foregoing mailed/e-mailed this 13th day of October 2020, to:

11  Clifford L. Frisbie
John E. Kelly
12  KELLY LAW TEAM PLLC
One E. Washington, Suite 1520
13  Phoenix, AZ  85004
Attorneys for Plaintiff

14  /s/ Kathy Kleinschmidt